

PI145-2012096348-2

9567

Form 668 (Y)(c)
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #5
Lien Unit Phone: (800) 913-6050

Serial Number: 895944112

For Optional Use by Recording Office

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer: JOHN P TROWBRIDGE

Residence: PORTER, TX 77365-6365

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1994 | XXX-XX-3513 | 03/24/1997 | 04/23/2017 | |
| 1040 | 12/31/1994 | XXX-XX-3513 | 01/20/2004 | 02/19/2014 | 297121.30 |
| 1040 | 12/31/1995 | XXX-XX-3513 | 03/17/1997 | 04/16/2017 | |
| 1040 | 12/31/1995 | XXX-XX-3513 | 01/20/2004 | 02/19/2014 | 296153.37 |
| 1040 | 12/31/1997 | XXX-XX-3513 | 01/22/1999 | 02/21/2019 | |
| 1040 | 12/31/1997 | XXX-XX-3513 | 01/16/2004 | 02/15/2014 | 403132.59 |
| 1040 | 12/31/2000 | XXX-XX-3513 | 01/12/2004 | 02/11/2014 | 1298.45 |

Place of Filing:
COUNTY CLERK
MONTGOMERY COUNTY
CONROE, TX 77301

Total $ 997705.71

This notice was prepared and signed at NASHVILLE, TN , on this,

the 25th day of September, 2012.

Signature: for JAMES ASHTON

Title: REVENUE OFFICER
(979) 268-1053

25-03-3437

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Government Exhibit A

Doc# 2012096348

**FILED FOR RECORD**
10/02/2012 4:02PM

*[signature: Mark Turnbull]*

COUNTY CLERK
MONTGOMERY COUNTY, TEXAS

STATE OF TEXAS
COUNTY OF MONTGOMERY
I hereby certify this instrument was filed in file number sequence on the date and at the time stamped herein by me and was duly RECORDED in the Official Public Records of Montgomery County, Texas.

10/02/2012

*[seal: County Court of Montgomery County, Texas]* *[signature: Mark Turnbull]*

County Clerk
Montgomery County, Texas

||||||
|---|---|---|---|---|
| Form 668 (Y)(c) (Rev. February 2004) | 9567 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | | Serial Number 895944112 | | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  JOHN P TROWBRIDGE

Residence  PORTER, TX 77365-6365

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1994 | XXX-XX-3513 | 03/24/1997 | 04/23/2017 |  |
| 1040 | 12/31/1994 | XXX-XX-3513 | 01/20/2004 | 02/19/2014 | 297121.30 |
| 1040 | 12/31/1995 | XXX-XX-3513 | 03/17/1997 | 04/16/2017 |  |
| 1040 | 12/31/1995 | XXX-XX-3513 | 01/20/2004 | 02/19/2014 | 296153.37 |
| 1040 | 12/31/1997 | XXX-XX-3513 | 01/22/1999 | 02/21/2019 |  |
| 1040 | 12/31/1997 | XXX-XX-3513 | 01/16/2004 | 02/15/2014 | 403132.59 |
| 1040 | 12/31/2000 | XXX-XX-3513 | 01/12/2004 | 02/11/2014 | 1298.45 |

Place of Filing  
COUNTY CLERK  
MONTGOMERY COUNTY  
CONROE, TX 77301

Total  $  997705.71

This notice was prepared and signed at _____ NASHVILLE, TN _____, on this, the __25th__ day of __September__, __2012__.

Signature  _for JAMES ASHTON_   Title  REVENUE OFFICER  (979) 268-1053   25-03-3437

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien  Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 2 - Internal Revenue Service TDA Copy     Form 668(Y)(c) (Rev. 2-2004)  CAT. NO 60025X

Doc# 2012096351

**FILED FOR RECORD**
10/02/2012   4:02PM

*Mark Turnbull*
COUNTY CLERK
MONTGOMERY COUNTY, TEXAS

STATE OF TEXAS
COUNTY OF MONTGOMERY
I hereby certify this instrument was filed in file number sequence on the date and at the time stamped herein by me and was duly RECORDED in the Official Public Records of Montgomery County, Texas.

10/02/2012

*Mark Turnbull*
County Clerk
Montgomery County, Texas

| Form 668 (Y)(c) (Rev. February 2004) | 3592 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | | Serial Number  796858411 | | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.




Name of Taxpayer  JOHN P TROWBRIDGE

Residence  
PORTER, TX 77365-6365

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1991 | XXX-XX-3513 | 01/20/2004 | 02/19/2014 | 15849.06 |
| 1040 | 12/31/1992 | XXX-XX-3513 | 01/20/2004 | 02/19/2014 | 24961.16 |
| 1040 | 12/31/1993 | XXX-XX-3513 | 01/20/2004 | 02/19/2014 | 223205.25 |
| 1040 | 12/31/1996 | XXX-XX-3513 | 12/22/1997 | N/A | |
| 1040 | 12/31/1996 | XXX-XX-3513 | 01/16/2004 | 02/15/2014 | 797126.81 |

Place of Filing  
COUNTY CLERK  
MONTGOMERY COUNTY  
CONROE, TX 77301

Total  $  1061142.28

This notice was prepared and signed at  NASHVILLE, TN  , on this,

the  28th  day of  June  , 2011 .

Signature  *[signed]* for HARRY R SHEPARDSON  
Title  REVENUE OFFICER  (713) 209-5443  
25-03-2430

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 2 - Internal Revenue Service TDA Copy

Form 668(Y)(c) (Rev. 2-2004)  
CAT. NO 60025X

Doc# 2011058875

**FILED FOR RECORD**
07/07/2011  8:42AM

*Mark Turnbull*
COUNTY CLERK
MONTGOMERY COUNTY, TEXAS

STATE OF TEXAS
COUNTY OF MONTGOMERY
I hereby certify this instrument was filed in file number sequence on the date and at the time stamped herein by me and was duly RECORDED in the Official Public Records of Montgomery County, Texas.

07/07/2011

*Mark Turnbull*
County Clerk
Montgomery County, Texas

| Form 668 (Y)(c) (Rev. February 2004) | 3592 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | For Optional Use by Recording Office |
|---|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | | Serial Number 796858411 | | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer   JOHN P TROWBRIDGE

Residence   PORTER, TX 77365-6365

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1991 | XXX-XX-3513 | 01/20/2004 | 02/19/2014 | 15849.06 |
| 1040 | 12/31/1992 | XXX-XX-3513 | 01/20/2004 | 02/19/2014 | 24961.16 |
| 1040 | 12/31/1993 | XXX-XX-3513 | 01/20/2004 | 02/19/2014 | 223205.25 |
| 1040 | 12/31/1996 | XXX-XX-3513 | 12/22/1997 | N/A | |
| 1040 | 12/31/1996 | XXX-XX-3513 | 01/16/2004 | 02/15/2014 | 797126.81 |

Place of Filing   COUNTY CLERK   MONTGOMERY COUNTY   CONROE, TX 77301

Total  $  1061142.28

This notice was prepared and signed at   NASHVILLE, TN   , on this,

the   28th   day of   June  , 2011  .

Signature   for HARRY R SHEPARDSON   Title REVENUE OFFICER   (713) 209-5443   25-03-2430

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien   Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004) CAT. NO 60025X

Doc# 2011058862

**FILED FOR RECORD**
07/07/2011  8:42AM

*[signature]*

COUNTY CLERK
MONTGOMERY COUNTY, TEXAS

STATE OF TEXAS
COUNTY OF MONTGOMERY
I hereby certify this instrument was filed in file number sequence on the date and at the time stamped herein by me and was duly RECORDED in the Official Public Records of Montgomery County, Texas.

07/07/2011

*[seal]*  *[signature]*

County Clerk
Montgomery County, Texas