UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-14-27 |
| John Parks Trowbridge, Jr., et al., | § § § | |
| Defendants. | § | |

## Order Denying Motion to Vacate

Because the motion to vacate judgment and order of John Parks Trowbridge, Jr., is simply a request for a rehearing on what has already been decided by this court, the court of appeals, and the Supreme Court of the United States, it is denied. (82)

Signed on September 29, 2015, at Houston, Texas.

Lynn N. Hughes
United States District Judge