IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

OCT 28 2015

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action H-14-27 |
| | § | |
| JOHN PARKS TROWBRIDGE, JR., *et al,* | § | |
| | § | |
| Defendants. | § | |

**MOTION TO VACATE THE COURT'S MAY 23, 2014, AMENDED FINAL JUDGMENT (Dkt. #53) AND ORDER OF SALE AND VACATURE (Dkt. #54) AS VOID FOR (A) LACK OF CONSTITUTIONAL AUTHORITY THAT GIVES THE COURT THE CAPACITY TO TAKE JURISDICTION AND ENTER JUDGMENTS, ORDERS, AND DECREES IN FAVOR OF THE UNITED STATES ARISING FROM A CIVIL OR CRIMINAL PROCEEDING REGARDING A DEBT, IN HARRIS COUNTY, TEXAS, AND (B) DENIAL OF DUE PROCESS OF LAW**

John Parks Trowbridge, Jr. ("Trowbridge") hereby appears specially and respectfully moves the Court to vacate as void the Court's May 23, 2014, Amended Final Judgment (the "Judgment") and Order of Sale and Vacature (the "Order") (copy of each attached) in the above-captioned matter ("Civil Action H-14-27"), for (1) having been entered in a manner inconsistent with due process of law, as provided in Federal Rule of Civil Procedure 60(b)(4), and (2) lack of constitutional authority that gives this Court the capacity to take jurisdiction and enter judgments, orders, and decrees in favor of the United States arising from a civil or criminal proceeding regarding a debt, in Harris County, Texas, as provided in Federal Rule of Civil Procedure 60(b)(6).

That the Court is authorized by statute to enter judgments, orders, and decrees in favor of the United States arising from a civil or criminal proceeding regarding a debt is clear.

A lawsuit authorized by the statutes of Congress, however, is not in and of itself sufficient to vest jurisdiction in the Federal courts; to wit:

So, we conclude, as we did in the prior case, that, although these suits may sometimes so present questions arising under the Constitution or laws of the United States that the Federal courts will have jurisdiction, yet the mere fact that a suit is an adverse suit authorized by the statutes of Congress is not in and of itself sufficient to vest jurisdiction in the Federal courts. *Shoshone Mining Co. v. Rutter*, 177 U.S. 505, 513 (1900).

Statutory authority for a trial court of the United States, such as this Court, to enter judgments, orders, and decrees in favor of the United States and arising from a civil or criminal proceeding regarding a debt, is ***irrelevant*** if the capacity to take jurisdiction is not given by the Constitution; to wit:

It remains rudimentary law that "[a]s regards all courts of the United States inferior to this tribunal, two things are necessary to create jurisdiction, whether original or appellate. The Constitution must have given to the court the capacity to take it, *and an act of Congress must have supplied it*. . . . To the extent that such action is not taken, the power lies dormant." *The Mayor v. Cooper,* 6 Wall. 247, 252, 18 L.Ed. 851 (1868) (emphasis added); accord, *Christianson v. Colt Industries Operating Co.,* 486 U.S. 800, 818, 108 S.Ct. 2166, 2179, 100 L.Ed.2d 811 (1988); *Firestone Tire & Rubber Co. v. Risjord,* 449 U.S. 368, 379-380, 101 S.Ct. 669, 676-677, 66 L.Ed.2d 571 (1981); *Kline v. Burke Construction Co.,* 260 U.S. 226, 233-234, 43 S.Ct. 79, 82-83, 67 L.Ed. 226 (1922); *Case of the Sewing Machine Companies,* 18 Wall. 553, 577-578, 586-587, 21 L.Ed. 914 (1874); *Sheldon v. Sill,* 8 How. 441, 449, 12 L.Ed. 1147 (1850); *Cary v. Curtis,* 3 How. 236, 245, 11 L.Ed. 576 (1845); *McIntire v. Wood,* 7 Cranch 504, 506, 3 L.Ed. 420 (1813). [Underline emphasis added.] *Finley v. United States*, 490 U.S. 545 (1989).

Whereas, there is no constitutional authority that gives this Court the capacity to take jurisdiction and enter judgments, orders, and decrees in favor of the United States arising from a civil or criminal proceeding regarding a debt, 28 U.S.C. 3002(8), in Harris County, Texas—*and neither the Court nor plaintiff United States can produce any such constitutional authority*—the Court subjected Trowbridge to an unlawful proceeding, denied Trowbridge due process of law, and entered the Court's May 23, 2014, Judgment and Order without constitutional authority to do so.

Whereas, the Court lacked inherent power to enter the Judgment and Order and denied Trowbridge due process of law, the Court must vacate said Judgment and Order as nullities and void; to wit:

> A void judgment which includes judgment entered by a court which . . . lacks inherent power to enter the particular judgment . . . can be attacked at any time, in any court, either directly or collaterally . . . *Long v. Shorebank Development Corp.*, 182 F.3d 548 (C.A. 7 Ill. 1999).

> But if [a court] act without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void, and form no bar to a remedy sought in opposition to them, even prior to a reversal. They constitute no justification, and all persons concerned in executing such judgments or sentences are considered in law as trespassers." *Elliott v. Peirsol*, 1 Pet. 328, 340, 26 U.S. 328, 340, 7 L. Ed. 164 (1828).

> A judgment is void if the court that rendered it . . . acted in a manner inconsistent with due process. *Margoles v. Johns,* 660 F.2d 291 (7th Cir. 1981) *cert. denied,* 455 U.S. 909, 102 S.Ct. 1256, 71 L.Ed.2d 447 (1982); *In re Four Seasons Securities Laws Litigation,* 502 F.2d 834 (10th Cir.1974), *cert. denied,* 419 U.S. 1034, 95 S.Ct. 516, 42 L.Ed.2d 309 (1975). Mere error does not render the judgment void unless the error is of constitutional dimension. *Simer v. Rios,* 661 F.2d 655 (7th Cir.1981), *cert. denied, sub nom Simer v. United States,* 456 U.S. 917, 102 S.Ct. 1773, 72 L.Ed.2d 177 (1982). *Klugh v. United States*, 620 F.Supp. 892 (1985).

> We believe that a judgment, whether in a civil or criminal case, reached without due process of law is without jurisdiction and void . . . because the United States is forbidden by the fundamental law to take either life, liberty or property without due process of law, and its courts are included in this prohibition. . . . *Bass v. Hoagland*, 172 F.2d 205 (5th Cir.), cert. denied, 338 U.S. 816, 70 S.Ct. 57, 94 L.Ed. 494 (1949).

> [I]f a "judgment is void, it is a per se abuse of discretion for a district court to deny a movant's motion to vacate the judgment." *United States v. Indoor Cultivation Equip. from High Tech Indoor Garden Supply,* 55 F.3d 1311, 1317 (7th Cir.1995). A judgment is void and should be vacated pursuant to Rule 60(b)(4) if "the court that rendered the judgment acted in a manner inconsistent with due process of law." *Id.* at 1316 (citations omitted) . . . *Price v. Wyeth Holdings Corp.*, 505 F.3d 624 (7th Cir., 2007).

"[D]enying a motion to vacate a void judgment is a per se abuse of discretion." *Burrell v. Henderson, et al*, 434 F.3d, 826, 831 (6th Cir., 2006).

## PRAYER FOR RELIEF

WHEREFORE, Trowbridge hereby moves the Court:

1. That the Court vacate the Court's May 23, 2014, Amended Final Judgment (Dkt. #53) and Order of Sale and Vacature (Dkt. #54) as void for (a) lack of constitutional authority that gives the Court the capacity to take jurisdiction and enter judgments, orders, and decrees in favor of the United States arising from a civil or criminal proceeding regarding a debt, in Harris County, Texas, and (b) denial of due process of law;

2. That the Court award Trowbridge reasonable costs of $27,500 for defending Civil Action H-27-14;

3. That the Court award Trowbridge exemplary damages of $773,100 for conducting and refusing to dismiss Civil Action H-27-14 despite ample reason to do so;

4. That the Court award Trowbridge restitution in the amount of $620,600 ($357,000 in real property, $263,600 in personalty) for Trowbridge's loss of real property and irreplaceable personalty as a consequence of the aforesaid unconstitutional May 23, 2014, Amended Final Judgment and Order of Sale and Vacature;

5. That the Court award Trowbridge special damages of $11,251.45 (receipts attached);

6. That the Court award Trowbridge general damages of $250,000;

7. That the Court award Trowbridge reasonable costs of (a) $42,500 in United States Court of Appeals for the Fifth Circuit No. 14-20333, and (b) $72,500 ($35,000 for Petition for Writ of Certiorari and $37,500 for Petition for Rehearing) in Supreme Court of the United States No. 14-1305; and

8. For such other and further relief the Court may deem just and fair.

DATE:     October 28, 2015                    Respectfully submitted,

John Parks Trowbridge, Jr.
9816 Memorial Boulevard #205
Humble, Texas
(281) 540-2329

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| United States of America, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-14-27 |
| | § | |
| John P. Trowbridge, Jr., et al., | § | |
| | § | |
| Defendants. | § | |

## Amended Final Judgment

1.   The United States of America:

    A.   Takes $3,326,015.01, plus statutory additions accruing after April 7, 2014, from John P. Trowbridge including his assumed name Freedom Ventures, UBO.

    B.   Has tax liens on Trowbridge's property, including 25117 Ramrock Drive, Porter, Texas 77365.

    C.   May foreclose its liens against 25117 Ramrock Drive.

    D.   Has all right, title, and interest in the property including the right to possession.

2.   The clerk will leave the case open for the court to supervise Trowbridge's eviction.

Signed on May 23, 2014, at Houston, Texas.

Lynn N. Hughes
United States District Judge

TRUE COPY I CERTIFY
ATTEST:
DAVID J. BRADLEY, Clerk of Court
By _____ 5-27-14
Deputy Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-14-27 |
| | § | |
| John P. Trowbridge, Jr., et al., | § | |
| | § | |
| Defendants. | § | |

### Order of Sale and Vacature

1.  The United States of America, having attached its liens, may foreclose 25117 Ramrock Drive, Porter, Texas 77365, also known as:

> Lot 16, block 1, of Bentwood, section 1, a subdivision of 156.8 acres, out of the William Massey Survey, A-391, and the Mary Owens survey, A-405, in Montgomery County, Texas, as imposed by the map and dedication records in cabinet G, sheets 138A – 141A.

2.  The Internal Revenue Service is directed under 28 U.S.C. §§ 2001, 2002, and 2004, to offer the property at a commercially reasonable and public sale.

3.  The Service may access the property to preserve it, including retaining someone to change or install locks or other security on the property until the deed is delivered to a buyer.

4.  The terms and conditions of the sale are:

   A.  The sale will be free and clear of all liens or other claims inferior to the Service's lien.

TRUE COPY I CERTIFY
ATTEST:
DAVID J. BRADLEY, Clerk of Court
         5-27-14
        Deputy Clerk

B.   The sale is subject to building lines, laws, ordinances, and governmental regulations affecting the property and easements and restrictions of record.

C.   The sale of the property by public auction must be held on the front steps of the Montgomery County Courthouse.

D.   The date and time for the sale is to be announced by the Service.

E.   After the Service has determined the date and time for the sale, it must include it in the notice of sale and mail the notice, by regular and certified mail, return receipt requested, to:

Joshua D. Smeltzer
Trial Attorney, Tax Division
United States Department of Justice
717 North Harwood, Suite 400
Dallas, Texas 75201

John P. Trowbridge, Jr.
9816 Memorial Boulevard, Suite 205
Humble, Texas 77338

F.   The date and time of the auction must be announced by the Service by advertising the sale once each week for four consecutive weeks in at least one generally circulated newspaper in Montgomery County, Texas, through the Houston Association of Realtors, and otherwise at the discretion of the Service. The notice of sale will describe the property and the terms of the sale in this order in brief, direct, and plain English.

G.   The minimum bid will be determined by the Service and must be in the notice of sale. If the minimum bid is not met, the Service may hold a new sale with a reduced minimum bid.

H.   Each successful bidder must deposit at the time of the sale at least 10% of the bid by a certified or cashier's check payable to the United States District Court. Before being allowed to bid, bidders must have shown that they can comply.

I.   The buyer must pay the Service within 28 days after his bid is accepted by certified or cashier's check payable to the United States District Court. If the buyer does not comply, his deposit is forfeited and will be used to cover the expenses of the sale, with residue applied to Trowbridge's tax liabilities. The

clerk will distribute the deposit, by a check to the United States Treasury. The property will again be offered for sale under the terms of this order or sold to the next highest bidder. The United States may bid as a credit against its judgment without tender of cash.

J.    The sale is confirmed unless someone objects within 35 days. After confirmation, the Service will execute and deliver a deed conveying the property to the buyer.

K.    The sale is without right of redemption.

5.  Until Trowbridge vacates the property, he must preserve it in its current condition and insure it against fires and casualties. He must do nothing that reduces the value of the property like vandalism or recording liens.

6.  If Trowbridge interferes with the sale, vandalizes the property, or attempts to re-enter it, he may be punished with fines, incarceration, or both.

7.  By noon on June 6, 2014, Trowbridge must vacate the property. If he does not leave, the United States Marshal will evict him. The marshal may use reasonable force to enter the property and arrest people who interfere. Unremoved personal property is forfeited, and the Service must dispose of it in a commercially reasonable manner. Proceeds from the sale of his personal property must be applied to his tax liabilities.

8.  By June 9, 2014, Trowbridge must give Smeltzer his new address.

9.  After the sale is confirmed, the clerk will distribute the proceeds in this order:

A.    First, to the costs or fees of the clerk and marshal.

B.    Second, to the Service for the reasonable costs of the sale, which will be examined by the court at confirmation.

C.    Third, to *ad valorem* taxes due to Montgomery County.

D.    Fourth, to the United States of America for unpaid tax debts.

10. All remaining proceeds are to be held by the clerk until this court orders otherwise.

11.    The United States Marshal will serve Trowbridge with this order.


Signed on May 23, 2014, at Houston, Texas.


Lynn N. Hughes
United States District Judge

**ELECTRONIC DATA CARRIERS OF TEXAS**
2228 WIRTCREST LANE, SUITE G
HOUSTON, TX 77055
(713) 680-9600

| TEXAS MAX-3B |
| EFF 5/01/13 |

UPDATED 10/22/13   PRINT DATE | 06/09/14
○ Form 160 (INS)   BOL NUMBER
◉ Form 162 (VAL)   P O NUMBER

1

TXDMV 005344018C   USDOT 1811946

○ GP for ____ days  ◉ NTE  ○ Pre-Existing Contract

**ORIGIN**  *Customer data flows from the Cube Sheet. You may overwrite*   □ Rate BOL

**DESTINATION**

| Customer | JOHN TROWBRIDGE | | Consignee | JOHN TROWBRIDGE |
| Address | | | Address | |
| City | PORTER | TX Zip 77365 | City | HOUSTON | TX Zip 77055 |
| County | MONTGOMERY | Phone | County | HARRIS | Cell |

XTRA STOP 1 ZIP ____   XTRA STOP 2 ZIP ____   XTRA STOP 3 ZIP ____

| | DATES | PickUp | Delivery |
| Invoice To: | Attn: | Earliest | |
| Address | | Latest | |
| City | State | Zip | Preferred | 06/06/14 |

□ Expedited @ 5000 Lbs   □ Complete Occupancy   □ Exclusive Use   □ Space Reservation
□ Selected Del @ ____ Lbs   Vehicle Cu Ft ____   No Cu Ft Ordered   No Cu Ft

**WEIGHT ADDITIVES**   G-MILES © EaseMaker

| | LIN FT | WT ADD | TRK | **WEIGHT** | | Truck 1 | Truck 2 |
| Airplane, Glider | | | | | | | |
| Camper, Camper Shell, unmounted | | | | Gross Weight | | | |
| Boat, Sailboat <14 Ft | | | | Tare Weight | | | |
| Boat, Sailboat 14 Ft+ | | | | NET Weight | | | |
| Boat Trailer, any length | | | | AUTO Weight | | | |
| Canoe, Skiff, Dinghie, Kayak 14 Ft+ | | | | WT Additives | | | |
| Travel Camper, Horse Trailer | | | | Total Weight | | | |
| Mini-Mobile Home | | | | **COMBINED WEIGHT** | | | |

**MILES** 30

**DISCOUNTS**
☑ BOTTOMLINE
DISC
SIT DISC

**TRANSPORTATION COSTS**  BASED ON  HOURLY RATES

| | | | | | NO | GROSS | DISCOUNT | NET CHG |
| LOCAL SERVICES: | 5 Trucks | 5 Men | 100.00 /HR | 23.8 Hours | □ | 2375.00 | | 2375.00 |
| TRAVEL TIME CHARGES: | | | | | □ | | | |
| TRANSPORTATION WEIGHT | | Lbs | BILLED WEIGHT | Lbs | □ | | | |
| FUEL SURCHARGE | *Make sure your FUEL TABLE is up to date!* | | 14.00% | | □ | | | |
| ☑ ATC (Additional Transportation Cost) ORIGIN | | *OPTIONAL* | 3.45 Cwt | | □ | | | |
| ☑ ATC (Additional Transportation Cost) DEST | | *OPTIONAL* | 3.45 Cwt | | □ | | | |

**VALUATION**  ○ RVP @ ____ /LB   ○ DVP @ ____ /LB   ◉ $0.60/Lb

| COVERAGE | | | COVERAGE | | |
| ◉ No Ded | @ | /$100 | ◉ No Ded | @ | /$100 | □ |
| ○ $250 Ded | @ | /$100 | ○ $250 Ded | @ | /$100 |
| ○ $500 Ded | @ | /$100 | ○ $500 Ded | @ | /$100 |

**PACKING SERVICES**
□ FULL SERVICE PACK   □ OT   66.45 Cwt ____ Lbs   □
□ FULL SERVICE UNPACK   □ OT   15.20 Cwt ____ Lbs   □

**CUSTOM PACKING / UNPACKING**

| | | PACKING | | | | UNPACKING | | | FOR CRATES, SEE "OTHER SERVICES" BELOW |
| □ EST | MATERIALS | | □ COPY | OT | | □ COPY | OT | | |
| DESCRIP | QTY | RATE | AMOUNT | QTY | RATE | AMOUNT | QTY | RATE | AMOUNT | |
| Dishpack | 34 | 44.95 | 1528.30 | | 61.60 | | | 26.20 | | |
| 1.5 Ctn | 16 | 8.95 | 143.20 | | 16.50 | | | 7.35 | | |
| 3.0 Ctn | 1 | 13.15 | 13.15 | | 25.45 | | | 11.85 | | |
| 4.5 Ctn | 4 | 15.55 | 62.20 | | 31.40 | | | 11.85 | | |
| 6.0 Ctn | | 18.50 | | | 35.60 | | | 13.35 | | |
| 6.5 Ctn | | 19.20 | | | 41.40 | | | 15.75 | | |
| Wardrobe | | 33.10 | | | 19.95 | | | 12.70 | | |
| Crib Matt | | 12.20 | | | 15.00 | | | 3.70 | | |
| Sgl Matt | | 21.95 | | | 17.75 | | | 10.70 | | |
| Dbl Matt | | 27.80 | | | 17.75 | | | 10.70 | | |
| K/Q Matt | | 51.25 | | | 26.85 | | | 17.45 | | |
| Long Sgl | | 30.40 | | | 18.40 | | | 10.70 | | |
| Mirror Ctn | 36 | 34.40 | 1238.40 | | 54.30 | | | 22.65 | | |
| **TOTALS** | 91 | | 2985.25 | | | | | | | |

NET CHARGE | 2985.25 | CUSTOM PACKING □ | 2985.25 | | 2985.25

*NOTE: FOR LCD TV BOX, SEE "OTHER"*  CUSTOM UNPKING

Customer   **JOHN TROWBRIDGE**

2

## EXTRA STOPS

_____   _____   ☐   _____
_____   _____   ☐   _____
_____   _____   ☐   _____

## BULKIES

| NO | DESCRIPTION | NO | DESCRIPTION | NO | DESCRIPTION | NO | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 1 | All Terrain Vehicle | 13 | Gun Safe/Cabinet | 25 | Pool Table | 37 | Tractor <25hp |
| 2 | Animal Kennel | 14 | Gym System | 26 | Riding Mower<25 | 38 | Tractor 25hp+ |
| 3 | Automobile | 15 | Harpsichord | 27 | Rowboat <14 Ft | 39 | Trailer <14 Ft |
| 4 | Big Screen TV (40"+) | 16 | Hot Tub | 28 | Safe 500 lbs or less | 40 | Trailer >14 Ft |
| 5 | Canoe <14 Ft | 17 | Jacuzzi | 29 | Satellite Dish>30 | 41 | Trampoline |
| 6 | Dinghie <14 Ft | 18 | Jet Ski | 30 | Skiff <14 Ft | 42 | Truck w Camper |
| 7 | Doll House | 19 | Kayak <14 Ft | 31 | Snow Mobile | 43 | Van (any size) |
| 8 | Dune Buggy | 20 | Motorcycle | 32 | Spa | 44 | Weight Lift Equip |
| 9 | Farm Equip >25hp | 21 | Organ | 33 | SUV | 45 | Weight Station |
| 10 | Go-Cart | 22 | Piano | 34 | SUV Truck | 46 | Whirlpool |
| 11 | Golf Cart | 23 | PickUp Truck | 35 | Stretch Limousine | 47 | Wind Surfer |
| 12 | Grand Clock | 24 | Playhouse | 36 | Tool Shed | 48 | Work Bench |

SELECTION:   NO   QTY   DESCRIPTION                RATE

_____ _____ _____ _____ ☐ _____
_____ _____ _____ _____ ☐ _____
_____ _____ _____ _____ ☐ _____
_____ _____ _____ _____ ☐ _____
_____ _____ _____ _____ ☐ _____

## APPLIANCES
                                        QTY
1ST   44.45   ADDTL   30.10   ORIGIN        _____ ☐ _____
1ST   30.10   ADDTL   20.95   DESTINATION   _____ ☐ _____

## ELEVATOR / STAIRS / LONG CARRIES
                                  O / D   NO FLTS
☐ ELEVATOR   _____ Lbs   _____ Cwt   _____ _____ ELEVATOR   ☐ _____
☐ ELEVATOR   _____ Lbs   _____ Cwt   _____ _____ ELEVATOR   ☐ _____
☐ STAIRS   _____ Lbs   _____ Cwt   _____ _____               ☐ _____
☐ STAIRS   _____ Lbs   _____ Cwt   _____ _____               ☐ _____

                                        NO ITEMS   NO FLTS
☐ PIANO/ORGAN IN   1ST   33.90   ADDTL   16.85   _____ _____   ☐ _____
☐ PIANO/ORGAN OUT   1ST   33.90   ADDTL   19.00   _____ _____
            WEIGHT      RATE      O / D   DISTANCE   NO CARRIES
☐ LONG CARRY   _____ Lbs   _____ Cwt   _____ _____ Ft   _____
☐ LONG CARRY   _____ Lbs   _____ Cwt   _____ _____ Ft   _____

## EXTRA LABOR
                      NO MEN   NO HRS   OT   RATE/HR
_____ _____ _____ ☐ _____ ☐ _____
_____ _____ _____ ☐ _____ ☐ _____
_____ _____ _____ ☐ _____ ☐ _____
_____ _____ _____ ☐ _____ ☐ _____

## WAITING TIME   *IF LESS THAN 200 MILES, 1 FREE HR; 200+ MILES = 2 FREE HRS*
1ST DAY ORIG   _____ TRUCK   _____ MAN   _____ HRS @ _____ /HR   ☐ _____
ADDTL DAYS   _____ TRUCK   _____ MAN   _____ HRS @ _____ /HR   ☐ _____
1ST DAY DEST   _____ TRUCK   _____ MAN   _____ HRS @ _____ /HR   ☐ _____
ADDTL DAYS   _____ TRUCK   _____ MAN   _____ HRS @ _____ /HR   ☐ _____

## SHUTTLE
              WEIGHT         MILES
☐ AT ORIGIN   _____ LBS   _____ ☐ OT   ☐ _____
☐ AT DESTINATION   _____ LBS   _____ ☐ OT   ☐ _____

## SELF STORAGE PICKUP / DELIVERY
☐ AT ORIGIN   _____ LBS   ☐ OT   ☐ _____
☐ AT DESTINATION   _____ LBS   ☐ OT   ☐ _____

Customer   **JOHN TROWBRIDGE**

3

## OVERTIME LOAD / UNLOAD
☐ AT ORIGIN _____ LBS _____ CWT
☐ AT DESTINATION _____ LBS _____ CWT

## ORIGIN STORAGE   ☐ Whole Shipment   Partial Weight _____ Lbs
LOCATION _____   _____ DATE IN
_____ DATE OUT

1st Day Stg _____ Lbs _____ Cwt
Whse Handling _____ Lbs _____ Cwt
Addtl Stg _____ Lbs _____ Cwt _____ /Day X
Valuation Type   RVP   15% of _____ = _____ X _____ 15-Day Periods
Bulky Items Stored:

_____ _____ _____
_____ _____ _____
_____ _____ _____
_____ _____ _____

◉ SIT PICKUP _____ Lbs _____ Miles
ATTEMPT P/U _____ Truck _____ Man _____ HRS ☐ OT _____
◯ SIT PICKUP BY CWT _____ Lbs _____ cwt

## DESTINATION STORAGE   ☐ Whole Shipment   Partial Weight _____ Lbs
LOCATION _____   _____ DATE IN
Auth No _____   _____ DATE OUT
1st Day Stg _____ Lbs _____ Cwt
Whse Handling _____ Lbs _____ Cwt
Addtl Stg _____ Lbs _____ Cwt _____ /Day X
Valuation Type   RVP   15% of _____ = _____ 15-Day Periods
Bulky Items Stored:

_____ _____ _____
_____ _____ _____
_____ _____ _____
_____ _____ _____

◉ SIT DELIVERY _____ Lbs _____ Miles
☐ ATTEMPTED DEL _____ Lbs _____ Miles ROUNDTRIP
   ☐ 2nd Whse Handling _____ Lbs _____ Cwt *N/A if shipment stays on van*
◯ SIT DELIVERY BY CWT _____ Lbs _____ cwt
MAILING ADDRESS OF SHIPPER _____ Street _____
City _____ ST _____ Zip _____

## PAPERING / PADDING
_____ CU FT _____ /CU FT

## DIVERSION   *MUST BE >30 MILES; IF <12,000 LBS, $4.50CWT; IF 12,000 LBS+, $37.45*
_____ MILES DIVERTED _____ LBS

## TRAVEL TIME - EXTRA DRIVER
_____ HRS OTR @ _____ /HR _____ RETURN MILES @ _____ MI

## SUPERVISORY PERSONNEL
_____ MAN _____ HOURS ☐ OT _____ /HOUR

## THIRD PARTY SERVICES

| | | | | |
|---|---|---|---|---|
| ORIGIN | _____ | | | |
| ORIGIN | _____ | | | |
| ORIGIN | _____ | | | |
| ORIGIN | _____ | | | |
| DEST | STORAGE HANDLING 4480# (in) | 201.60 | 201.60 | 201.60 |
| DEST | STORAGE 1ST MONTH | 179.20 | 179.20 | 179.20 |
| DEST | STORAGE HANDLING 4480# (OUT) | 201.60 | 201.60 | 201.60 |
| DEST | | | | |

Customer   **JOHN TROWBRIDGE**

4

**OTHER SERVICES**

| ARMOR PACK LCD TV 30"- 59" | NO OF TVS _____ | ☐ OT |
| UNPACK LCD TV 30"- 59" | NO OF TVS _____ | ☐ OT |
| **CRATING** | **CRATE** | |
| **UNCRATING** | **CRATE** | |

**TOTAL CHARGES** | 5,942.65 | 5,942.65

*COMMENTS*

© 2012 *EaseMaker SoftWare*

6/9/2014

Customer Copy

Merchant ID: 7200003083348                                    Term ID: 001

## Sale - Approved

| Date | 06/09/14 | Time 08:13:27 |
|------|----------|---------------|
| Method of Payment | MasterCard | |
| Entry Method | Manual | |
| Account # | XXXXXXXXXXXX1782 | |
| Order ID | 101697 | |
| Approval Code | 00979B | |
| **Amount** | **5,942.65** | |

Customer Copy

```
PAGE:  1                   EDC MOVING SYSTEMS
                           2228 WIRTCREST #G
                           HOUSTON          TX
  *** HISTORY ***           /  /   THRU ~~/~~/~~
9/29/15       TROWBRIDGE JOHN P              ACCOUNT #: 39396      SLSID: 100

  X D     --DATE-- TICKET NO.    ----DESCRIPTION--------DEBIT-- --CREDIT--CON. TOT

  N D      7/ 1/14   10169775    STG07/01/14-07/31/14    179.20
  N D      8/ 1/14   10169776    STG08/01/14-08/31/14    323.20
  N D      9/ 1/14   10169777    STG09/01/14-09/30/14    323.20
  N D     10/ 1/14   10169778    STG10/01/14-10/31/14    323.20
  N D     11/ 1/14   10169779    STG11/01/14-11/30/14    323.20
  N D     12/ 1/14   10169780    STG12/01/14-12/31/14    323.20
  N D      1/ 1/15   10169781    STG01/01/15-01/31/15    323.20
  N D      2/ 1/15   10169782    STG02/01/15-02/28/15    323.20
  N D      3/ 1/15   10169783    STG03/01/15-03/31/15    323.20
  N D      4/ 1/15   10169784    STG04/01/15-04/30/15    323.20
  N D      5/ 1/15   10169785    STG05/01/15-05/31/15    323.20
  N D      6/ 1/15   10169786    STG06/01/15-06/30/15    323.20
  N D      7/ 1/15   10169787    STG07/01/15-07/31/15    323.20
  N D      8/ 1/15   10169788    STG08/01/15-08/31/15    323.20
                     101697         CONTRACT TOTAL                        4380.

  N D      7/15/14   101697-02   TRANSIT INS 80,000      640.00
                     101697-        CONTRACT TOTAL                         640.

  N D      1/ 7/15   0107150000   CHECK  ET0107C04              -323.20
                     01071500       CONTRACT TOTAL                        -323.

  N D      2/10/15   0210150000   CHECK  ET0209C07              -323.20
                     02101500       CONTRACT TOTAL                        -323.

  N D      3/13/15   0313150000   CHECK  ET0313C05              -323.20
                     03131500       CONTRACT TOTAL                        -323.

  N D      4/ 9/15   0409150000   CHECK  ET0409C05              -323.20
                     04091500       CONTRACT TOTAL                        -323.

  N D      5/ 6/15   0506150000   CHECK  ET0506C06              -323.20
                     05061500       CONTRACT TOTAL                        -323.

  N D      6/24/15   0624150000   CHECK  ET0624C01              -323.20
                     06241500       CONTRACT TOTAL                        -323.

  N D      7/13/15   0713150000   CHECK  ET0713C06              -323.20
                     07131500       CONTRACT TOTAL                        -323.

  N D      7/17/14   0717140000   CHECK  ET0716C04             -1107.20
                     07171400       CONTRACT TOTAL                       -1107.

  N D      8/11/14   0811140000   CHECK  ET0808C12              -323.20
                     08111400       CONTRACT TOTAL                        -323.

  N D      8/15/15   0815150000   CHECK  ET0814C03              -323.20
                     08151500       CONTRACT TOTAL                        -323.
```

```
PAGE:  2                    EDC MOVING SYSTEMS
                            2228 WIRTCREST #G
                            HOUSTON              TX
   *** HISTORY ***          / /   THRU ~~/~~/~~
  9/29/15      TROWBRIDGE JOHN P              ACCOUNT #: 39396      SLSID: 100

   X D      --DATE-- TICKET NO.   ----DESCRIPTION--------DEBIT-- --CREDIT--CON. TOT

   N D     9/ 4/14 0904140000    CHECK  ET0903C03              -323.20
                   09041400        CONTRACT TOTAL                          -323.

   N D     7/15/14 101697-021   2 MTHS VAL JUN-JULY   288.00
                   101697-0        CONTRACT TOTAL                           288.

   N D    10/21/14 1021140000    CHECK  ET1020C02              -323.20
                   10211400        CONTRACT TOTAL                          -323.

   N D    11/14/14 1114140000    CHECK  ET1113C04              -323.20
                   11141400        CONTRACT TOTAL                          -323.

   N D    12/ 4/14 1204140000    CHECK  ET1204C03              -323.20
                   12041400        CONTRACT TOTAL:                         -323.

                                                    BALANCE = $         .
```

## CERTIFICATE OF SERVICE

I certify that on October 28, 2015, the foregoing MOTION TO VACATE THE COURT'S MAY 23, 2014, AMENDED FINAL JUDGMENT (Dkt. #53) AND ORDER OF SALE AND VACATURE (Dkt. #54) AS VOID FOR (A) LACK OF CONSTITUTIONAL AUTHORITY THAT GIVES THE COURT THE CAPACITY TO TAKE JURISDICTION AND ENTER JUDGMENTS, ORDERS, AND DECREES IN FAVOR OF THE UNITED STATES ARISING FROM A CIVIL OR CRIMINAL PROCEEDING REGARDING A DEBT, IN HARRIS COUNTY, TEXAS, AND (B) DENIAL OF DUE PROCESS OF LAW was served via United States Mail, postage pre-paid, as follows:

Joshua Smeltzer
Department of Justice, Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201

John Parks Trowbridge, Jr.