9816 Memorial Boulevard #205
Humble, Texas

January 28, 2016

Jacob Joseph Lew
Department of the Treasury
    1500 Pennsylvania Avenue, NW
    Washington, DC 20220

James Ashton
1740 Briarcrest Drive
Bryan, TX 77802

William Warren Legare
3540 Sahara Avenue # 102
Las Vegas, NV 89102

LeRoy Henry Nassif
6289 Wilcrest Drive, Apt. 6102
Houston, TX 77072

Eric Himpton Holder, Jr.
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001-4956

Kenneth Magidson
U.S. Department of Justice
1000 Louisiana Street, Suite 2300
Houston, TX 77002

Joshua David Smeltzer
U.S. Department of Justice
717 North Harwood Street, Suite 400
Dallas TX 75201

United States of America
In care of: Joseph Robinette Biden, Jr.
President of the United States Senate
United States Capitol
Washington, DC 20510

David J. Bradley
Lynn Nettleton Hughes
Glenda Marie Hassan
Kathy Grant
Anthony Steven Murdock
    United States Courthouse
    515 Rusk Avenue
    Houston, TX 77002

United States District Court
Southern District of Texas
**FILED**

FEB 1 2016

**David J. Bradley, Clerk of Court**

David M. Coleman
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

Gary Lynn Blankinship
Pat Lopez
David Herrera
    United States Marshals Service
    515 Rusk Avenue
    Houston, Texas 77002

Lyle Wyman Cayce
Christina Gardner
Patrick Errol Higginbotham
James L. Dennis
James Earl Graves, Jr.
Angelique Drefava Batiste
Edith Hollan Jones
Stephen Andrew Higginson
Rhonda Mouton Flowers
    United States Court of Appeals
    600 South Maestri Place
    New Orleans, LA 70130

Carol Ann Barthel
Robert William Metzler
    U.S. Department of Justice
    Tax Division, Appellate Section
    P.O. Box 502
    Washington, DC 20044

Robert Joel Branman
U.S. Department of Justice
Tax Division, Appellate Section, Suite 4635
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0000

Tamara Wendy Ashford
United States Tax Court
400 Second Street, NW
Washington, DC 20217

Re:    **Purported United States District Court for the Southern District of Texas ("USDC")**
        **Purported USDC Houston Division Civil Action No. 4:14-cv-0027**
        **Purported United States Court of Appeals for the Fifth Circuit Case No. 14-20333**

## Demand for Payment

> **The several States of the Union . . . possess and exercise the authority of independent States, and . . . . every State [of the Union] possesses exclusive jurisdiction and sovereignty over persons and property within its territory. . . .** *Pennoyer v. Neff*, **95 U.S. 714, 722 (1878).**

There being no constitutional authority that gives the purported court in purported USDC Houston Division Civil Action No. 4:14-cv-0027 capacity to take territorial or personal jurisdiction and enter a judgment, order, or decree in favor of the United States arising from a civil or criminal proceeding regarding a debt, or the United States Department of Justice capacity to take territorial or personal jurisdiction, in Montgomery County, Texas:

There is no constitutional authority for said purported civil action—and the above-named actors, acting without the scope of their official duties, with intent to establish, maintain, and participate in a combination, in criminal negligence / defiance / breach of the only provisions of the Constitution relating to territorial and personal jurisdiction, in respect of the legislative powers therein conferred upon Congress at Articles 1 § 8(17) and 4 § 3(2), and violation of oath of office, if any, and treason to the Constitution, conspired criminally to commit the felony of theft of Complainant Affiant's real property in Montgomery County, Texas, and either (a) committed the felony of theft of said real property and the personal property located therein under pretext of a judicial proceeding and color of law, office, and authority, (b) failed to report the felony of theft after the fact of theft, as required by 18 U.S.C 4, thereby aiding the perpetrators to avoid arrest, trial, conviction, and punishment for the felony of theft, or (c) both (a) and (b).

Wherefore, in respect of that certain Affidavit of Information, Form AOI-012816, sworn to and signed by John Parks Trowbridge, Jr., witnessed by three competent witnesses, and filed with officers of the United States in military authority January 28, 2015, a true and correct copy of which is enclosed herewith, made fully part hereof, and incorporated herein by reference as though set forth in full, ***Demand hereby is made*** of (a) all above-named parties for payment in full of $658,600 in rescissory damages, $1,000,000 in compensatory damages, $145,500 in consequential damages, $1,000,000 in general damages, $5,000,000 in irreparable damages, and $18,000 in proximate damages, and (b) all above-named parties except United States of America, $30,000,000 in punitive damages, within fifteen (15) days of the date of this Demand for Payment.

Remit to John Parks Trowbridge, Jr. at the mailing location shown at the top of page 1 of this Demand for Payment.

*John Parks Trowbridge, Jr.*